JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE QUAN, an individual, | Case No. 2:21-cv-07520-SPG-JEM |
| Plaintiff, | Hon. Sherilyn Peace Garnett |
| v. | **JUDGMENT** |
| CVS RX SERVICES, INC., a business entity exact form unknown; and DOES 1 through 100, inclusive, | |
| Defendants. | |

On August 8, 2023, the Court granted the Parties' Joint Stipulation to dismiss Plaintiff's Second, Third, Sixth, and Seventh Causes of Action, with prejudice.

Pursuant to Federal Rule of Civil Procedure 56, Defendant CVS RX Services, Inc.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment against Plaintiff Steve Quan on the remaining Causes of Action came on for hearing before this Court on August 16, 2023, and was taken under submission.

On August 28, 2023, the Court **GRANTED** Defendant's Motion, in full.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be and is hereby entered in favor of CVS Rx Services, Inc., and against Plaintiff as to Plaintiff's First, Fourth, and Fifth Causes of Action, and Plaintiff's claim for Punitive Damages. As to these claims, Plaintiff shall take nothing from Defendant CVS Rx Services, Inc., and Plaintiff's lawsuit against Defendant shall be dismissed with prejudice on the merits. Each side shall bear its own fees and costs.

**SO ORDERED.**

DATED: September 12, 2023        By: _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE